UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

**NOTICE OF APPEARANCE**

Docket No.: 20-CR-433

   -against-

AMAURY ABREU,

      Defendant.
------------------------------------------------------------------X
SIR:

  PLEASE TAKE NOTICE that Bruce A. Barket, Esq. hereby does appear in the above entitled action and that the firm is retained as attorney for AMAURY ABREU the Defendant herein, in this proceeding and demand that a copy of all notices and other papers in this proceeding be served upon me at the office and post office address stated below.

Dated: Garden City, New York
   November 13, 2020

              BARKET EPSTEIN KEARON
              ALDEA & LOTURCO, LLP

              ___/s/Bruce Barket_____
              Bruce A. Barket, Esq.
              666 Old Country Road, Suite 700
              Garden City, NY 11530
              (516) 745-1500