UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                      **NOTICE OF APPEARANCE**

                                      Docket No.: 20-CR-433

      -against-

AMAURY ABREU,

                        Defendant.
------------------------------------------------------------------X
SIR:

      PLEASE TAKE NOTICE that Aida F. Leisenring, Esq. hereby does appear in the above entitled action and that the firm is retained as attorney for AMAURY ABREU the Defendant herein, in this proceeding and demand that a copy of all notices and other papers in this proceeding be served upon me at the office and post office address stated below.


Dated: Garden City, New York
        November 13, 2020


                                        BARKET EPSTEIN KEARON
                                        ALDEA & LOTURCO, LLP

                                        ___/s/Aida Leisenring_____
                                        Aida F. Leisenring, Esq.
                                        666 Old Country Road, Suite 700
                                        Garden City, NY 11530
                                        (516) 745-1500