UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                 **NOTICE OF APPEARANCE**

                                                                                 Docket No.: 20-CR-433

        -against-

AMAURY ABREU,

                          Defendant.
-----------------------------------------------------------------X
SIR:

     PLEASE TAKE NOTICE that John LoTurco, Esq. hereby does appear in the above entitled action and that the firm is retained as attorney for AMAURY ABREU the Defendant herein, in this proceeding and demand that a copy of all notices and other papers in this proceeding be served upon me at the office and post office address stated below.

Dated: Garden City, New York
         November 13, 2020

                                                BARKET EPSTEIN KEARON
                                                ALDEA & LOTURCO, LLP

                                                ____/s/John LoTurco_____
                                                John LoTurco, Esq.
                                                666 Old Country Road, Suite 700
                                               Garden City, NY 11530
                                               (516) 745-1500