November 14, 2020

The Honorable Roslynn R. Mauskopf
Chief Judge, Eastern District of New York
VIA ECF

Re:    *United States v. Amaury Abreu, et al.,* 20-cr-433 (RMM)

Dear Judge Mauskopf,

On November 9, Judge Bulsara appointed me to represent Mr. Amaury Abreu in the above-captioned matter pursuant to the Criminal Justice Act. Since that time, Mr. Abreu has retained three capable attorneys to represent him in this matter. Those attorneys just recently filed notices of appearance with this Court (see documents 31, 32, and 33 [notices of appearance for Bruce Barket, Aida Ferrer Leisenring, and John Loturco, respectively]). I have delivered copies of the relevant case-related paperwork to these new attorneys, per my client's instructions. Accordingly, I respectfully request that this Court relieve me of my duty to further serve as Mr. Abreu's attorney.

Respectfully submitted,

_____/s/_____

Matthew Galluzzo
Counsel for Amaury Abreu

Cc:

AUSA Erin Reid
VIA ECF