

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| EMR | *271 Cadman Plaza East* |
| | *Brooklyn, New York 11201* |

December 11, 2020

By ECF

The Honorable Roslynn R. Mauskopf
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Amaury Abreu, et al.
              Criminal Docket No. 20-433 (RRM)

Dear Judge Mauskopf:

      Pursuant to the Court's December 2, 2020 Order, the government respectfully submits this joint letter to advise the Court that all parties consent to conducting the December 18, 2020 status conference remotely by telephone conference. The government respectfully submits that, given the parties' consent, a remote sentencing by telephone conference in this case is permitted by the Court's December 3, 2020 Administrative Order Number 2020-26-1 and by the CARES Act.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:    /s/
      Erin Reid
      Assistant U.S. Attorney
      718-254-6361

cc:    Counsel of record (by ECF)
       Clerk of Court (RRM) (by ECF)