

BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP

434 NEW YORK AVENUE
HUNTINGTON, NEW YORK 11743
631.549.9000

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
ALL MAIL TO GARDEN CITY ADDRESS

350 FIFTH AVENUE, SUITE 6400
NEW YORK, NEW YORK 10118
212.972.1710
WWW.BARKETEPSTEIN.COM

June 2, 2021

**Via ECF**

The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *United States of America v. Amaury Abreu*
1:20-cr-00433-WFK USA v. Abreu, et. al.
Travel/Bond Modification Request

Dear Judge Kuntz:

The purpose of this correspondence is to respectfully request the Court's permission regarding a modification of Mr. Abreu's bond conditions. In specific, we respectfully ask that Mr. Abreu be permitted to leave his approved residence for the specified purpose delineated below. Please be advised that AUSA Marietou Diouf and Officer Ramel Moore have no opposition to this travel request.

We respectfully request that Mr. Abreu be permitted to attend his son Sebastian Abreu's preschool graduation on June 17, 2021 at 12pm The Rinx Preschool Academy located at 660 Terry Road, Hauppauge, New York 11788. Please see the enclosed correspondence from Director Kimberly Hickey of The Rinx Preschool Academy indicating the aforementioned graduation information. Please also note that the graduation is anticipated to be two hours in duration.

Please contact me at 631-549-9000 if your Honor requires any further information regarding Mr. Abreu's travel request.

As always, we appreciate the Court's time and consideration.

Respectfully,

/s/
John LoTurco

JHL:gz

CC: AUSA Marietou Diouf
    Officer Ramel Moore- Pretrial Services

Defendant's motion for a modification of bail conditions as desribed above is hereby GRANTED.

**SO ORDERED.**

Dated: June 2, 2021
      Brooklyn, New York

**s/ WFK**
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE



To Whom It May Concern:

Amaury Abreu has registered his son, Sebastian, at The Rinx Preschool Academy for the 2020-2021 School Year.

Sebastian Abreu's Graduation from Preschool will be on Thursday, June 17th at 12:00 at The Rinx Preschool Academy at 660 Terry Road Hauppauge, NY 11788.

Sincerely,

Kimberly Hickey
Director
The Rinx Preschool Academy
(631) 232-3222 x 260